# COVINGTON

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**Via ECF**                                                                                                       January 5, 2026

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  <u>*United States* v. *Robert Sensi*, 25 Cr. 663 (PGG)</u>

Dear Judge Gardephe:

      Robert Sensi, through Counsel, respectfully submits this letter and the attached medical records pursuant to Your Honor's Order dated December 29, 2025.  A chart listing Mr. Sensi's diagnoses and medications from his most recent medical visit prior to his December 4, 2025 arrest is attached as **Exhibit A** to this letter.  Mr. Sensi's medical records from NYU Langone Health, dating from November 2020 to December 3, 2025, the date of his most recent visit, are attached as **Exhibit B** to this letter.  Exhibits A and B contain sensitive medical information and are being provided in full directly to the Court and the Government.

      Counsel understands that the Government is obtaining from the Bureau of Prisons medical records generated since Mr. Sensi's December 4, 2025 arrest, and will submit those records along with its substantive response to Mr. Sensi's motion for pretrial release.  Undersigned counsel have not yet received or reviewed these medical records.  To the extent that the Government's submission necessitates a reply, Counsel will file such reply on or before January 7, 2026 at 4:00 p.m., or at such time as the Court requires.

                            Respectfully submitted,

                             */s/ Amanda Kramer*
                            Amanda Kramer
                            Nicholas Mendez
                            Megan Mers
                            Adira Levine
                            Eitan Ezra (*Law Clerk, Admission Pending*)

                            *Counsel for Defendant Robert Sensi*

CC:  AUSA Varun Gumaste (via ECF and email)

# EXHIBIT A

I.  **Robert Sensi Medical Diagnoses of December 3, 2025**

[*Chart will be provided directly to Chambers and the Government*]

1

## II.    Robert Sensi Medications as of December 3, 2025

[*Chart will be provided directly to Chambers and the Government*]

2

# EXHIBIT B

[*Records will be provided directly to Chambers and the Government*]