**COVINGTON**

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Amanda Kramer

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212 841 1223
akramer@cov.com

**Via ECF**

January 15, 2026

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States* v. *Robert Sensi*, 25 Cr. 663 (PGG)

Dear Judge Gardephe:

Robert Sensi, through Counsel, respectfully submits this letter and the attached medical records. These records, attached as **Exhibit A**, were received by Counsel yesterday from the Cleveland Clinic. Exhibit A contains sensitive medical information and is being provided in full directly to the Court and the Government.

Respectfully submitted,

*/s/ Amanda Kramer*
Amanda Kramer
Nicholas Mendez
Megan Mers
Adira Levine
Eitan Ezra (*Law Clerk, Bar Admission Pending*)

CC: All counsel of record via ECF

# EXHIBIT A

[*Records will be provided directly to Chambers and the Government*]