

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York  10278*

January 20, 2026

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: _____

     Re:    ***United States v. Robert Sensi*, 25 Cr. 663 (PGG)**

Dear Judge Gardephe:

     The Government submits this letter to respectfully request a brief, one-day extension of the supplemental briefing schedule for defendant Robert Sensi's pending motion for pretrial release. On January 16, the Court ordered the Government to provide supplemental briefing by January 20 and the defense to file its submission by January 22. Due to the breadth of the information requested by the Court, the Government respectfully requests that its briefing be due on January 21, with the defense's filing due on January 23.

     Earlier this afternoon, the Government reached out to the defense for their position on this request, but the Government has not received a response.

                      Respectfully submitted,

                      JAY CLAYTON
                      United States Attorney

By: _____
                      Varun A. Gumaste
                      Assistant United States Attorney
                      (212) 637-1023

cc:    Counsel of Record (by ECF)