UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

PAUL CAMPO and ROBERT SENSI,

Defendant.

**ORDER**

25 Cr. 663 (PGG-2)

PAUL G. GARDEPHE, U.S.D.J.:

A bail review hearing for Defendant Robert Sensi will take place during the previously scheduled conference on **February 6, 2026, at 12:30 p.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        February 2, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge