# COVINGTON

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

**Amanda Kramer**

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T  +1 212 841 1223
akramer@cov.com

<u>**Via ECF**</u>

March 13, 2026

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:  <u>*United States* v. *Robert Sensi*, 25 Cr. 663 (PGG)</u>**

Dear Judge Gardephe:

Counsel for Defendant Robert Sensi writes to respectfully request a brief adjournment of the *Curcio* hearing scheduled for March 20, 2026, at 10:00 a.m., (Dkt. No. 41), as undersigned Counsel will be traveling internationally from March 20, 2026 to March 27, 2026.  Counsel has conferred with the Government and both parties are available on **Thursday, March 19**, from **10:00 a.m. to 12:00 p.m.**, subject to the Court's preference and availability.

Additionally, Nancy Kestenbaum, partner of undersigned Counsel, and Mr. Mendez are available along with the Government at the following times:

- **Wednesday, March 25**, from **1:00 p.m. to 5:00 p.m.**,

- **Thursday, March 26**, from **10:00 a.m. to 12:00 p.m.** and **2:00 p.m. to 5:00 p.m.**, and

- **Friday, March 27**, **all day**.

Finally, Counsel respectfully requests that the Court appoint *Curcio* counsel for the hearing, consistent with the Government's proposed lines of inquiry for use at the *Curcio* hearing.  (*See* Dkt. No. 40 at 6).  This is Counsel's first request for an adjournment, and the Government does not object to this request for an adjournment.

Respectfully submitted,

 */s/ Amanda Kramer*
Amanda Kramer
Nicholas Mendez
Megan Mers
Adira Levine
Eitan Ezra (*Law Clerk, Bar Admission Pending*)

*Counsel for Defendant Robert Sensi*

CC:  All counsel of record via ECF