UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ROBERT SENSI,

Defendant.

**ORDER**

25 Cr. 663 (PGG-2)

PAUL G. GARDEPHE, U.S.D.J.:

The Curcio hearing currently scheduled for March 20, 2026, at 10:00 a.m., is adjourned to **March 19, 2026, at 10:00 a.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Government will arrange to have Mr. Sensi produced in Magistrate's Court for purposes of appointment of CJA Curcio counsel.

Dated: New York, New York
       March 13, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge