UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ROBERT SENSI,

Defendant.

**ORDER**

25 Cr. 663 (PGG-2)

PAUL G. GARDEPHE, U.S.D.J.:

The Curcio hearing currently scheduled for March 19, 2026, at 10:00 a.m, is

adjourned to **April 1, 2026, at 2:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United

States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
        March 18, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge