UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

PAUL CAMPO and ROBERT SENSI,

Defendants.

**ORDER**

25 Cr. 663 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for April 29, 2026, at 12:30 p.m., is

adjourned to **April 16, 2026, at 9:30 a.m.**

Dated: New York, New York
April 1, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge