

COUNSELORS AT LAW

CARDI & EDGAR
———————LLP

Partners
Dawn M. Cardi
Chad L. Edgar

Associate
Joanna C. Kahan

Senior Counsel
Michelle M. Younger

Of counsel
Nina Epstein

April 13, 2026

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Robert Sensi*, 25-CR-663 (PGG)

Dear Judge Gardephe:

    I am counsel to Robert Sensi in the above-referenced action. I write to request an adjournment of the hearing scheduled for April 16, 2026 at 9:30 a.m.. I am scheduled to be in court in Central Islip that morning, and request that the hearing be scheduled at 3:30 p.m. that afternoon. The Government does not object to this request, and has confirmed availability that afternoon.

    I thank you in advance for your consideration of this matter.

Respectfully,

/s/

Dawn M. Cardi

cc: all counsel via ECF

MEMO ENDORSED

The Conference is adjourned to 2:45 on April 16, 2026.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: April 14, 2026

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com