

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York  10278*

July 20, 2026

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    ***United States v. Paul Campo**, et al., 25 Cr. 663 (PGG)*

Dear Judge Gardephe:

      The Government submits this letter with the consent of defense counsel for Paul Campo and Robert Sensi, to respectfully request an approximately one-month adjournment of the conference currently scheduled for July 22, 2026.  An adjournment would allow additional time for the defense to review discovery and the parties to discuss next steps, including a potential resolution to this case.  Specifically, the parties request that the Court adjourn the conference until the week of August 24 or the week of August 31.

      In addition, the Government respectfully requests, with the consent of defense counsel, that the time between July 22, 2026, and the date of the adjourned conference, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Government respectfully submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow additional time for the defense to review the voluminous discovery and the parties to potentially reach a resolution of this case.

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney

By:   _____

                Varun A. Gumaste
                Assistant United States Attorney
                (212) 637-1023

cc:     Counsel of record (by ECF)