LAW OFFICES OF

# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ*+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
ROSARIO BONA
GIOVANNI ORLANDO CONTI
ALEXANDRA JO DEBENEDICTIS

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D.C

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TELEPHONE: (718) 238-9898
FACSIMILE: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON
HON. MICHAEL C. FARKAS (RET.)

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

July 23, 2026

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    United States v. Paul Campo, 25 Cr. 663 (PGG)

Dear Judge Gardephe:

We represent Defendant Paul Campo in the above-captioned case. We respectfully submit this letter in support of our request that the Court temporarily release Mr. Campo from pretrial detention for a limited period, so that he may attend the funeral services for his mother in Rhode Island on July 25, 2026.

As the Court is aware, Mr. Campo has remained in continuous pretrial detention since his arrest. Tragically, his ninety-six-year-old mother recently passed away. Mr. Campo respectfully requests a brief furlough solely for the purpose of paying his final respects and attending her funeral.

The funeral arrangements are as follows:

- Visitation: July 25, 2026, from 8:15 a.m. to 9:15 a.m. at Maceroni Funeral Home & Cremation Services, 1381 Smith Street, North Providence, Rhode Island 02911.
- Funeral Mass: July 25, 2026, at 10:00 a.m. at St. Augustine Church, 639 Mt. Pleasant Avenue, Providence, Rhode Island 02908.

This request is limited solely for the purpose of attending these services. He would remain in the District of Rhode Island during the period of his temporary release and would surrender himself to the Metropolitan Detention Center immediately following the conclusion of the funeral services on July 25, 2026.

To further ensure his compliance with every condition imposed by the Court, Mr. Campo is willing to submit to any conditions the Court deems appropriate, including:

1. Continuous electronic GPS monitoring during the entirety of his temporary release;
2. Travel limited exclusively to and within the District of Rhode Island for purposes of attending the funeral services;
3. Immediate surrender to the Metropolitan Detention Center upon completion of the funeral services;
4. Any reporting requirements directed by Pretrial Services or the United States Marshals Service; and
5. The posting or use of monetary bail as additional assurance of his timely return, should the Court determine that such security is appropriate.

This request presents extraordinary and compassionate circumstances. Attendance at the funeral of a parent is a singular event that cannot be recreated or postponed. The requested release is narrowly tailored in both scope and duration, lasting only long enough for Mr. Campo to attend the visitation and funeral Mass before immediately surrendering himself back into federal custody.

Accordingly, Mr. Campo respectfully requests that the Court grant this limited temporary release subject to the conditions proposed above, or such other conditions as the Court deems appropriate.

Counsel has attempted to confer with the Government regarding this request. As of the filing of this letter, the Government has not yet advised whether it consents to the requested relief.

Thank you for the Court's consideration of this application.

Respectfully submitted,

Arthur L. Aidala